UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| RICHARD HUBBARD, III, et al., | ) | CASE NO.: 1:18-CV-02252 |
| | ) | |
| Plaintiffs, | ) | JUDGE DAN AARON POLSTER |
| vs. | ) | |
| | ) | **REPORT OF PARTIES PLANNING** |
| CITY OF EUCLID, et al., | ) | **MEETING UNDER FED. R. CIV. P. 26(f)** |
| | ) | **AND LOCAL RULE 16.3(b)** |
| Defendants. | ) | |
| | ) | |
| | ) | |

1. Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.3(b), conference was held on December 17, 2018, and was attended by:

| | | |
|---|---|---|
| Christopher McNeal | Counsel for Plaintiff(s): | Richard Hubbard and Yolimar Tirado |
| James Climer | Counsel for Defendant(s): | Officer Michael Amiott, Officer Matt Gilmer, Officer Kirk Pavkov |
| Kelley Sweeney | Counsel for Defendant(s): | City of Euclid |

2. Defendants have exchanged initial disclosures as required by Fed.R.Civ.P. 26(a)(1) and the Court's prior order.

3. The parties recommend the following track:

    ☐ Expedited  ☑ Standard  ☐ Complex

    ☐ Administrative  ☐ Mass Tort

4. This case is suitable for one or more of the following Alternative Dispute Resolution ("ADR") mechanisms:

    ☐ Early Neutral Evaluation
    ☐ Mediation
    ☐ Arbitration

  ☐  Summary Jury Trial
  ☐  Summary Bench
  ☑  Case not suitable for ADR at this time.

5.  The parties ☐ do/ ☑ do not consent to the jurisdiction of a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

6.  Recommended Discovery Plan:

  (a)  Describe the subjects on which discovery is to be sought and the nature and extent of discovery.

    Depositions of parties and pertinent witnesses

    Interrogatories

    Requests for Admissions

    Requests for Production

    The foregoing will seek information concerning Plaintiffs' claims and Defendants' defenses.

  (b)  The parties (indicate one):

    ☐ agree that there will be no discovery of electronically-stored information; or

    ☐ have agreed to a method for conducting discovery of electronically-stored information; or

    ☑ have agreed to follow the default standard for discovery of electronically-stored information (Appendix K to Northern District Ohio Local Rules).

  (c)  Discovery cut-off date: **June 27, 2019 for liability and damages**

  (d)  Handling of expert discovery: **July 27, 2019 for Plaintiffs and August 27, 2019 for Defendants**

7.  Recommended dispositive motion date: **August 27, 2019**

8.  Recommended cut-off for amending the pleadings and/or adding additional parties: **March 12, 2019**

9. Recommended date for a Status Hearing: **July 13, 2019**

10. Other matters for the attention of the Court: **The preservation of 5th Amendment rights against self-incrimination may become an issue.**

*/s/Christopher McNeal*
CHRISTOPHER MCNEAL (0096363)
MCNEAL LEGAL SERVICES, LLC
5333 Northfield Rd., Ste. 300
Bedford Heights, Ohio 44146
(440) 703-0257
Email: chris@mcneallegalservices.com

*Counsel for Plaintiffs Richard Hubbard and Yolimar Tirado*

*/s/    Kelley A. Sweeney*
KELLEY A. SWEENEY (0068857)
LAURA KRAMER RUBADUE (0067656)
585 E. 222nd Street
Euclid, OH 44123-2099
(216) 289-2746
(216) 289-2766 - Fax
Email: ksweeney@cityofeuclid.com
         lrubadue@cityofeuclid.com

*Counsel for Defendant City of Euclid*

*s/Amily A. Imbrogno*
JAMES A. CLIMER  (0001532)
JOHN D. PINZONE  (0075279)
AMILY A. IMBROGNO  (0092434)
MAZANEC, RASKIN & RYDER CO., LPA
100 Franklin's Row
34305 Solon Road
Cleveland, Ohio  44139
(440) 248-7906
(440) 248-8861 - Fax
Email:   jclimer@mrrlaw.com
jpinzone@mrrlaw.com
aimbrogno@mrrlaw.com

*Counsel for Defendants Officer Michael Amiott, Officer Matt Gilmer, and Officer Kirk Pavkov*

## **CERTIFICATE OF SERVICE**

I hereby certify that on Monday, December 17, 2018, a copy of the foregoing Report of Parties Planning Meeting Under Fed. R. Civ. P. 26(f) and Local Rule 16.3(b) was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/Christopher McNeal*
CHRISTOPHER MCNEAL (0096363)
**MCNEAL LEGAL SERVICES, LLC**

Counsel for Plaintiffs Richard Hubbard and Yolimar Tirado