# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

## MINUTES OF PROCEEDINGS – CIVIL

| | |
|---|---|
| RICHARD HUBBARD, III, *et al.*, | Case No. 1:18-cv-002252 |
| Plaintiffs, | DATE: April 11, 2019 |
| v. | COURT REPORTER: n/a |
| CITY OF EUCLID, *et al.*, | JUDGE DAN AARON POLSTER |
| Defendants. | MAGISTRATE JUDGE DAVID A. RUIZ |

Attorneys for Plaintiffs:
Christopher McNeal
Paul J. Cristallo

Attorney for Defendant City of Euclid:
Kelley A. Sweeney

Attorney for Defendants Officer Amiott,
Officer Gilmer & Officer Pavkov:
James A. Climer

PROCEEDINGS: The Court held a confidential mediation conference on April 11, 2019 with the above counsel, Plaintiffs, and Defendants Officer Amiott, Officer Gilmer & Officer Pavkov. The parties negotiated in good faith, but did not reach a settlement.

Total Time: 6 hours, 11 minutes

s/ *David A. Ruiz*, April 11, 2019
U.S. Magistrate Judge