UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| RICHARD HUBBARD, III, et al., | ) | CASE NO.:  1:18-CV-02252 |
| | ) | |
| Plaintiffs, | ) | JUDGE:  DAN AARON POLSTER |
| | ) | |
| vs. | ) | |
| | ) | **JOINT STATUS REPORT** |
| CITY OF EUCLID, et al., | ) | |
| | ) | |
| Defendants | ) | |

Now come the parties, by and through undersigned counsel, and for their joint status report submitted pursuant to the Court's December 14, 2020 order state as follows:

Charges remain pending against Officer Amiott in the Euclid Municipal Court, to which Officer Amiott has pleaded not guilty.  Various motions are pending in that case, including a Motion for Change of Venue, a Motion to Compel, a Motion to Disqualify Opposing Counsel, and a Motion to Dismiss.  The Euclid Municipal Court has not set a trial date.

None of the parties have received any information regarding the status of any federal investigation. The parties are not aware of any pending federal charges, nor are they aware of whether the federal authorities have concluded their investigation.

*/s/Per email consent 12.21.2020*
CHRISTOPHER MCNEAL (0096363)
MCNEAL LEGAL SERVICES, LLC
3100 E. 45th Street, Suite 322
Cleveland, OH 44127
(440) 703-0257
Email: chris@mcneallegalservices.com

PAUL J. CRISTALLO (0061820)

*/s/Per email consent 12.18.2020*
KELLEY A. SWEENEY (0068857)
LAURA KRAMER RUBADUE (0067656)
585 E. 222nd Street
Euclid, OH 44123-2099
(216) 289-2746
(216) 289-2766 - Fax
Email: ksweeney@cityofeuclid.com
       lrubadue@cityofeuclid.com

*Counsel for Defendant City of Euclid*

| | |
|---|---|
| THE LAW OFFICES OF PAUL J. CRISTALLO<br>4403 St. Clair Avenue<br>Cleveland, OH 44103<br>(440) 478-5262<br>Email: paul@cristallolaw.com<br><br>*Counsel for Plaintiffs* | */s/Amily A. Imbrogno*<br>JAMES A. CLIMER  (0001532)<br>JOHN D. PINZONE  (0075279)<br>AMILY A. IMBROGNO  (0092434)<br>MAZANEC, RASKIN & RYDER CO., LPA<br>100 Franklin's Row<br>34305 Solon Road<br>Cleveland, Ohio  44139<br>(440) 248-7906<br>(440) 248-8861 - Fax<br>Email:  jclimer@mrrlaw.com<br>jpinzone@mrrlaw.com<br>aimbrogno@mrrlaw.com<br><br>*Counsel for Defendants Officer Michael Amiott, Officer Matt Gilmer, and Officer Kirk Pavkov* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2020, a copy of the foregoing Joint Status Report was filed electronically.  Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*s/Amily A. Imbrogno*
AMILY A. IMBROGNO (0092434)

Counsel for Defendants Officer Michael Amiott, Officer Matt Gilmer, and Officer Kirk Pavkov

EUCLID-180272/Joint Status Report