UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| RICHARD HUBBARD, III, et al., | ) | CASE NO.: 1:18-CV-02252 |
| | ) | |
| Plaintiffs, | ) | JUDGE: DAN AARON POLSTER |
| | ) | |
| vs. | ) | **NOTICE OF DEPOSITION OF** |
| | ) | **PLAINTIFF YOLIMAR TIRADO** |
| CITY OF EUCLID, et al., | ) | |
| | ) | |
| Defendants | ) | |

Please take notice that on March 17, 2021 at 2:00 p.m., Defendants, Officer Michael Amiott, Officer Matt Gilmer, and Officer Kirk Pavkov, will take the deposition of Plaintiff Yolimar Tirado in the above-captioned matter, in the above-captioned matter, upon oral examination, pursuant to the provisions of the Federal Rules of Civil Procedure, by Zoom before the courting reporting firm of Tackla & Associates and that the stenographer will administer the oath via audio-visual technology.  The parties agree not to challenge the validity of any oath administered by the court reporter, even if the court reporter is not a notary public in the state where the deponent resides.

The above-mentioned deposition will be taken by Zoom and will continue from day-to-day until completed.  Remote access information will be sent to counsel via email. Counsel for the Plaintiff is further advised that in accordance with Civil Rules 30(b)(1) and 37(d), no subpoena is required to be served upon the Plaintiff for attendance at the deposition scheduled herein and that pursuant to the provisions of Civil Rule 5(b), notice to counsel of this deposition constitutes notice to the Plaintiff.

Respectfully submitted,

MAZANEC, RASKIN & RYDER CO., L.P.A.

          *s/Amily A. Imbrogno*
          JAMES A. CLIMER (0001532)
          AMILY A. IMBROGNO (0092434)
          100 Franklin's Row
          34305 Solon Road
          Cleveland, OH  44139
          (440) 248-7906
          (440) 248-8861 – Fax
          Email:   jclimer@mrrlaw.com
                      aimbrogno@mrrlaw.com

          Counsel for Defendants Officer Michael Amiott,
          Officer Matt Gilmer, and Officer Kirk Pavkov

## **CERTIFICATE OF SERVICE**

    I hereby certify that on March 2, 2021, a copy of the foregoing Notice of Deposition of Plaintiff Yolimar Tirado was filed electronically.  Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

          *s/Amily A. Imbrogno*
          AMILY A. IMBROGNO  (0092434)

          Counsel for Defendants Officer Michael Amiott,
          Officer Matt Gilmer, and Officer Kirk Pavkov