UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| RICHARD HUBBARD, III, et al., | ) | CASE NO.: 1:18-CV-02252 |
| | ) | |
| Plaintiff, | ) | JUDGE: DAN AARON POLSTER |
| | ) | |
| vs. | ) | **STIPULATION AND ORDER OF** |
| | ) | **DISMISSAL WITH PREJUDICE** |
| CITY OF EUCLID, et al., | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

We, the attorneys for the respective parties, do hereby stipulate that the above-captioned matter has been fully settled and compromised, that this action be dismissed with prejudice and that the Court may enter an order accordingly, notice by the Clerk being hereby waived.

IT IS SO ORDERED.

						_____
						JUDGE DAN AARON POLSTER

APPROVED:

*s/Paul J. Cristallo (via consent)*		*s/James A. Climer*
PAUL J. CRISTALLO ( 0061820)		JAMES A. CLIMER  (0001532)
The Law Office of Paul J. Cristallo, LLC	Mazanec, Raskin & Ryder Co., L.P.A.
The Brownhoist Building			100 Franklin's Row
4403 St. Clair Avenue			34305 Solon Road
Cleveland, OH  44103			Cleveland, OH 44139
(440) 478-5262				(440) 248-7906
 (216) 881-3928 - Fax			(440) 248-8861 – Fax
Email: paul@cristallolaw.com		Email:   jclimer@mrrlaw.com

						OF COUNSEL:

*s/Christopher McNeal (via consent)*		*s/Kelly Sweeney*
CHRISTOPHER MCNEAL (0096363)		KELLEY SWEENEY (0068857)
McNeal Legal Services LLC			City of Euclid Department of Law
5333 Northfield Road, Suite 300		585 East 222nd Street, Ste. 200

Bedford Heights, OH  44146  
(216) 865-5625  
Email: chris@mcneallegalservices.com

Euclid, OH 44123  
(216) 289-2746  
Email: ksweeney@cityofeuclid.com

Counsel for Plaintiffs

Counsel for Defendants

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 19, 2021, a copy of the foregoing Stipulation for Dismissal and Journal Entry was filed electronically.  Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*s/James A. Climer*  
JAMES A. CLIMER (0001532)

Counsel for Defendants